**GRANTED**
Judge Yvonne Gonzalez Rogers

Christine S. Hwang (SBN 184549)
Giselle N. Olmedo (SBN 294750)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA  94109
Tel: (415) 771-6400
Fax: (415) 771-7010
chwang@leonardcarder.com
golmedo@leonardcarder.com

*Attorneys for Plaintiffs,* The Board of Trustees of the
San Francisco Culinary, Bartenders & Service Employees Welfare Fund, *et al*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Board of Trustees, in their capacities of Trustees of the San Francisco Culinary, Bartenders & Service Employees Welfare Fund; the Board of Trustees, in their capacities of Trustees of the San Francisco Culinary, Bartenders & Service Employees Pension Plan; the Board of Trustees, in their capacities of Trustees of the San Francisco Culinary, Bartenders & Service Employees Legal Services Fund; The Board of Trustees, in their capacities of Trustees of the San Francisco Hotel-Restaurant Labor Management Education Fund; the San Francisco Culinary, Bartenders & Service Employees Welfare Fund; the San Francisco Culinary, Bartenders & Service Employees Pension Plan; the San Francisco Culinary, Bartenders & Service Employees Legal Services Fund; and the San Francisco Hotel-Restaurant Labor Management Education Fund,<br>　　　　　Plaintiffs,<br>　v.<br>Highgate Hotels, L.P., a limited partnership, WRC Huntington, LLC, a Delaware limited liability company, individually and doing business as Huntington Hotel San Francisco and doing business as The Big 4.<br>　　　　　Defendants. | Case No.  4:22-cv-04420-YGR<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii).

DATED: April 18, 2023

LEONARD CARDER, LLP

By: /s/ Christine S. Hwang
    CHRISTINE S. HWANG
    GISELLE N. OLMEDO

*Attorneys for The Board of Trustees of the San Francisco Culinary, Bartenders & Service Employees Welfare Fund, et al.*

DATED: April 18, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Elise D. Klein
    ELISE D. KLEIN

*Attorneys for Highgate Hotels, L.P. and WRC Huntington, LLC.*

**ATTESTATION REGARDING SIGNATURES**

I, Christine S. Hwang, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 18, 2023               LEONARD CARDER LLP

                              By:   /s/ Christine S. Hwang
                                    Christine S. Hwang
                                    Giselle Olmedo

                                    *Attorneys for Plaintiffs*
                                    The Board of Trustees of the San Francisco Culinary, Bartenders & Service Employees Welfare Fund, *et al*.